SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-05858MB

☒ FILED  ☐ LODGED
**Jun 29 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/22/2022 | 6/28/2022 10:30 AM | TIMOTHY SCHULTHEIS |

**INVENTORY MADE IN THE PRESENCE OF**
Timithy Schultheis

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

- Hair from T. Schultheis head.
- Hair from T. Schultheis pubic area.
- 4 Buccal swabs taken from the inside of T. Schultheis mouth.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 6/28/2022

_____
Executing Officer's Signature

Jarod Brown, SA
Printed Name and Title